UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
2004 AUG 28 AM 9: 58

W. DIST. OF N.C.

IN RE SEARCH WARRANT ) 1:04M63
)
) ORDER SEALING AFFIDAVIT

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the affidavit, the Motion to Seal and this Order and Search Warrant be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the affidavit, the Motion to Seal and this Order and Search Warrant be sealed until further order of this court.

This the 23rd day of August, 2004.

_____
UNITED STATES MAGISTRATE JUDGE