IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04m63

| | |
|---|---|
| **In the Matter of the Search of** ) | |
| **1120 Cane Creek Road** ) | **ORDER OF** |
| **Fletcher, North Carolina 28732** ) | **RECUSAL** |
| ) | |

**THIS MATTER** is before the court upon the court's own motion to recuse. Having conducted a preliminary review of the Motion to Suppress and Brief, the undersigned respectfully recuses himself from this case.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned recuses himself from consideration of matters filed in the above captioned case.

Signed: April 11, 2006