**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

F I L E D
ASHEVILLE, N. C.

JUN 1 3 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

**CRIMINAL NO. 1:04M63**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| The Search of 1120 Cane | ) | **O R D E R** |
| Creek Road, Fletcher, North | ) | |
| Carolina. | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the Petitioner's objection and motion to strike the Government's response to his motion to suppress.

    After review of the Petitioner's objection and motion to strike, the Court finds no reason to grant the relief sought.

    **IT IS, THEREFORE, ORDERED** that the Petitioner's objection and motion to strike the Government's response to his motion to suppress is **DENIED.**

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge