UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:04MJ63-DCK

IN RE:                                )
                                      )
                                      )

**ORDER TO UNSEAL SEARCH WARRANT**

THIS MATTER is before the Court on motion of the Government to unseal the search warrant regarding the above captioned matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

SO ORDERED.

Signed: November 10, 2009

David C. Keesler
United States Magistrate Judge